FILED
2009 Sep-23  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BERNARD JEMISON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 4:09-cv-00091-RBP-HGD |
| ) | |
| DEPUTY WARDEN MARY CARTER, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION AND ORDER

The magistrate judge filed a report and recommendation on August 19, 2009, recommending that all claims against Sergeant Phyllis Morgan be dismissed for failing to state claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge further recommended that Sergeant Morgan be dismissed as a defendant in this action and that the remaining claims against Officer Nunn and Warden Carter be referred to the magistrate judge for further proceedings. The plaintiff filed objections on August 25, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is

ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the claims against Sergeant Phyllis Morgan be and hereby are DISMISSED for failing to state claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). It is further ORDERED that Sergeant Phyllis Morgan is DISMISSED as a defendant in this action and that the remaining claims against Officer Nunn and Warden Carter are REFERRED to the magistrate judge for further proceedings.

DONE this 23rd day of September, 2009.

*Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**