FILED
 2010 Aug-16  AM 09:12
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BERNARD JEMISON, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) Case No. 4:09-cv-00091-RBP-HGD |
| DEPUTY WARDEN MARY CARTER, et al., | ) ) ) ) |
| Defendants | ) |

## **O R D E R**

The magistrate judge entered a report and recommendation on July 2, 2010, recommending the defendants' special report be treated as a motion for summary judgment and, as such, that it be denied. The parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

Having carefully reviewed and considered *de novo* the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the defendants' special report is treated as a motion for summary judgment and, as such, it is due to be and hereby is DENIED.  The defendants shall file an answer to the complaint and supplemental complaint within twenty-one (21) days of the entry date of this order.

This case hereby is REFERRED to the magistrate judge for handling of all discovery and pretrial matters.  An order setting deadlines for discovery and the filing of pretrial narrative statements will be issued by the magistrate judge.

DONE this 16th day of August, 2010.

/s/ Robert B. Propst

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**